**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Rodney Lorenzo WYATT, Jr., a/k/a Rodney Lorenzo Wyatt, Defendant–Appellant.**

No. 12–6768.

United States Court of Appeals, Fourth Circuit.

Submitted: June 14, 2012.

Decided: June 20, 2012.

---

Rodney Lorenzo Wyatt, Jr., Appellant Pro Se. Angela Mastandrea–Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodney Lorenzo Wyatt, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error.* Accordingly, we affirm for the reasons stated by the district court. *United States v. Wyatt*, No. 3:09–cr–00133–REP–1 (E.D.Va. Mar. 28, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* To the extent Wyatt also challenges the validity of his conviction and sentence, such claims are not properly raised in a § 3582 motion. *See United States v. Stewart*, 595 F.3d 197, 201

(4th Cir.2010) (noting that § 3582 proceeding is "not considered a full resentencing by the court").